THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOHN SIMCOX, Respondent, v. ALEX DLUZNEFSKY, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

M. O'NEIL SUPPLY COMPANY, INC., Appellant, v. PETROLEUM HEAT & POWER COMPANY, INC., Respondent.— Paragraph 10 of the complaint is amended in accordance with stipulation made in open court that the work was completed by the defendant as the alleged agent of Thomas J. Charles, as set forth in the signed stipulation submitted by plaintiff, which is attached to the original record on appeal. The determination of this appeal is based upon the complaint as so amended. Judgment dismissing the first cause of action in the amended complaint and the order of October 15, 1937, upon which the judgment was entered, in so far as said order dismisses the first cause of action in the amended complaint, unanimously affirmed, with costs. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of PELAGIE SCHOONMAKER, Deceased. MATHIEU FRERE and Others, Petitioners, Appellants; JAMES F. EGAN, Public Administrator of the County of New York, and A. A. BERLE, JR., Chamberlain of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent, James F. Egan, Public Administrator of the County of New York. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [160 Misc. 810.]

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, v. THOMAS NICKOLOPULOS, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. Glennon, J., dissents.

DORIS E. BERLINER, Appellant, v. EMPIRE CITY RACING ASSOCIATION, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHRISTIE B. GARLASCO, Appellant, v. WERTSHORE REALTY CORPORATION, Defendant; HARRY PALTROWITZ, ISIDORE SIEGELTUCH and LEON R. JILLSON, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERNARD T. TUNNEY and Others, Appellants, v. JOSEPH P. RYAN and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.